1   STUART R. DUNWOODY (*Pro hac Vice* Application pending)
        stuartdunwoody@dwt.com
2   DAVIS WRIGHT TREMAINE LLP
    1201 Third Avenue, Suite 2200
3   Seattle, WA (8101-3045
    Telephone:  (206) 622-3150
4   Facsimile:  (206) 757-7700

5   SEAN M. SULLIVAN (State Bar No. 229104)
        seansullivan@dwt.com
6   DAVIS WRIGHT TREMAINE LLP
    865 South Figueroa Street, 24th Floor
7   Los Angeles, California 90017-2566
    Telephone:  (213) 633-6800
8   Fax:  (213) 633-6899

9   Attorneys for Plaintiffs
    BIRD GARD LLC and BIRD-X, INC.
10

11

12                      UNITED STATES DISTRICT COURT

13                     EASTERN DISTRICT OF CALIFORNIA

14                          BAKERSFIELD DIVISION

15

16  BIRD GARD LLC, an Oregon limited liability      ) Case No.
    company; and BIRD-X, INC., an Illinois          )
17  corporation,                                    )
                                                    )
18                  Plaintiffs,                     ) **COMPLAINT FOR TRADE DRESS,**
                                                    ) **TRADEMARK AND COPYRIGHT**
19             v.                                   ) **INFRINGEMENT**
                                                    )
20  SC ELITE, LTD., a Chinese corporation; and      ) **DEMAND FOR JURY TRIAL**
    NINGBO ELITE ELECTRONIC                         )
21  TECHNOLOGY CO., LTD., a Chinese                 ) Dept.:
    corporation,                                    )
22                                                  )
                                                    )
             Defendants.                            )
23

24

25

26

27

28

COMPLAINT
DWT 19783480v3 0096039-000001

Plaintiffs Bird Gard LLC ("Bird Gard") and Bird-X, Inc. ("Bird-X"), by and through their undersigned counsel, respectfully make the following allegations for their Complaint against Defendants SC Elite, Ltd. ("SC Elite") and Ningbo Elite Electronic Technology Co., Ltd. ("Ningbo Elite"). These allegations are made upon knowledge with respect to Bird Gard's own acts, and upon information and belief as to all other matters.

**INTRODUCTION**

1. For more than 20 years Bird Gard has been designing, manufacturing, and marketing a complete line of electronic devices to repel birds from crops, orchards, barns, airports, marinas, homes, and the like. Bird Gard's products play recordings of distressed and alarmed birds, along with sounds made by the natural predators of those birds, through high fidelity weather-resistant speakers. These sounds trigger a primal fear and flee response in the pest birds, which soon relocate to areas where they can feed without feeling threatened. Twenty-five years of research and development and bird repellent technology have made Bird Gard the world leader in electronic bird control. University trials and extensive field testing have proven Bird Gard products to be highly effective at safely and humanely controlling pest birds.

2. Rather than undertake the effort of developing their own bird repellent products, Defendants SC Elite and Ningbo Elite have simply copied Bird Gard's products, duplicating them in all material respects, including their appearance, the sounds they emit, the circuit boards within them, and the brochures that are enclosed with them, and then sold those products under trademarks that are confusingly similar to those of Bird-X, which sells some products manufactured by Bird Gard. By so doing, Defendants seek to trade on Plaintiffs' hard-won success with these bird repellent products, confuse consumers as to the source of Defendants' products, and unlawfully copy Bird Gard's copyrighted works.

**PARTIES**

3. Plaintiff Bird Gard LLC is an Oregon limited liability company with its principal place of business in Sisters, Oregon.

4. Plaintiff Bird-X, Inc. is an Illinois corporation with its principal place of business in Chicago, Illinois.

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

5. Defendant SC Elite, Ltd. is a Chinese corporation with its principal place of business in Guang Uyan, Sichuan, China.

6. Defendant Ningbo Elite Electronic Technology Co., Ltd. is a Chinese corporation with its principal place of business in Ningbo, Zhejiang, China.

## JURISDICTION AND VENUE

7. This Court has subject matter jurisdiction over this action pursuant to 15 U.S.C. § 1121(a) and 28 U.S.C. § 1338(a) because it arises under acts of Congress relating to copyrights and trademarks. In addition, this Court has subject matter jurisdiction over claims asserted under California law because they are related to Bird Gard's claims for copyright and trademark infringement and therefore fall within the scope of this Court's supplemental jurisdiction under 28 U.S.C. §§ 1338(b) and 1367. Finally, jurisdiction is proper under 28 U.S.C. § 1332 because this action is between citizens of States and citizens or subjects of a foreign state and the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

8. Defendants are subject to personal jurisdiction in this Court because they have shipped infringing goods into this judicial district.

9. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(2).

## PLAINTIFFS' RIGHTS

10. Bird Gard is the world leader in electronic bird repellent devices, and manufactures and sells a variety of those products.

11. Bird-X sells a wide range of pest and bird control solutions throughout the world, and is Bird Gard's distributor in certain non-agricultural U.S. and foreign markets.

12. Bird Gard marks the products it manufactures with, and sells them under, the BIRD GARD trademark. Bird Gard also marks a number of those same products with Bird-X's trademarks, including BIRD-X, BIRD-X-PELLER, and BROADBAND PRO, rather than with the BIRD GARD trademark. The trade dress of the products marked with the BIRD-X or BIRD-X-PELLER marks, however, is identical or nearly identical to the trade dress of the products that Bird Gard marks with the BIRD GARD trademark.

2

COMPLAINT
DWT 19783480v3 0096039-000001

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

13.     Since at least as early as 2003, Bird Gard, and its predecessors in interest have continuously used a consistent trade dress for its products.  This trade dress (the "Bird Gard Trade Dress") consists, among other things, of the following elements: (a) the speaker and the casing within which it is enclosed; (b) the clear plastic door covering the control panel; and (c) the layout of the controls and text on the control panel.

14.     One of the elements of the Bird Gard Trade Dress consists of the design of the speaker cases.  The speaker cases in the Bird Gard Trade Dress have a horizontal design element.  In the Bird Gard PRO device, and the analogous product sold to Bird-X, the BirdXpeller PRO, the horizontal design element consists of 11 horizontal ridges that run from the top to the bottom of the speaker case.  Images of these products are attached as Exhibit A.  In the Bird Gard PRO and BirdXpeller PRO products, the speaker cases are joined with the control panel into one unitary device.

15.     Other Bird Gard products -- the Bird Gard PRO PLUS and Bird Gard SUPER PRO -- have several detached speakers.  Identical detached speakers are included with several products that Bird Gard manufactures and marks with the BIRD-X or BIRD-X-PELLER marks:  the BroadBand PRO, the Super BirdXPeller PRO, and the Ultrason X.  Images of these five products sold with detached speakers are attached as Exhibit B.  These speakers also have green speaker cases, but the horizontal design element of the speaker case is slightly different, consisting of four horizontal indentations that are in the top half of the case.  An image of one of these detached speakers is attached as Exhibit C.

16.     Another element of the Bird Gard Trade Dress is the clear plastic door that covers the control panel for each of the devices.  Each of these doors has a border consisting of several evenly spaced ridges along the top, bottom, and sides of the door.  In the Bird Gard PRO and BirdXpeller PRO products, the door has ten evenly spaced vertically-oriented ridges along the top and the bottom of the door and seven evenly spaced horizontally-oriented ridges along its left and right sides.  These ridges are visible in the products shown in Exhibit A.  In the Bird Gard products that are sold with detached speakers (listed in Paragraph 15 above), the door to the control panel

3

COMPLAINT
DWT 19783480v3 0096039-000001

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1   has seven ridges along each of its four sides.  These ridges are visible in the products shown in

2   Exhibit B.

3         17.    Another element of the Bird Gard Trade Dress consists of the locations of the

4   switches and graphics on the control panels for the products.  These include a volume switch, an

5   on/off switch, switches to activate various sound recordings, and a mode setting graphic.  These

6   layouts are visible in the products shown in Exhibits A and B.

7         18.    Bird Gard has been selling products containing the Bird Gard Trade Dress in

8   interstate commerce since at least as early as 2003.  In addition, Bird Gard and Bird-X have

9   advertised products with the Bird Gard Trade Dress since at least as early as 2003 in industry trade

10  publications, through direct mail campaigns, and on the websites of Bird Gard and Bird-X as well

11  as those of numerous Bird Gard distributors around the world.  Products using the Bird Gard Trade

12  Dress have received substantial press coverage and have been depicted in magazine articles,

13  including ones in the following publications: *Wine Business Monthly*, *Vineyard and Winery*

14  *Management*, *Growing Magazine*, *Good Fruit Grower*, *Pecan South*, and *Dairy Business*.  As a

15  result of Bird Gard's long use of the Bird Gard Trade Dress, its substantial sales of products with

16  that trade dress, advertising by it and Bird-X of products bearing the Bird Gard Trade Dress, and

17  third-party press coverage of products using that trade dress, the Bird Gard Trade Dress has

18  acquired distinctiveness.  Customers recognize and associate it with the source of Bird Gard

19  products.

20        19.    The Bird Gard Trade Dress is nonfunctional.

21        20.    Bird-X is the owner of a United States Trademark Registration for the mark BIRD-

22  X-PELLER:  U.S. Trademark Registration No. 1,987,462, issued July 16, 1996, for a sound device

23  that repels pest birds by broadcasting a recording of these birds' own stress calls, in International

24  Class 9.  U.S. Trademark Registration No. 1,987,462 is now incontestable and thus is conclusive

25  evidence pursuant to 15 U.S.C. § 1115(b) that the BIRD-X-PELLER mark is valid and that Bird-X

26  owns the mark and has the exclusive right to use it.  A true and correct copy of the registration is

27  attached as Exhibit D.

28

COMPLAINT
DWT 19783480v3 0096039-000001

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

21.     Bird-X also has common law trademark rights in the term BROADBAND PRO, which it has used in connection with the sale of electronic bird repellers in interstate commerce since at least as early as August 2002.

22.     Many of Bird Gard's products have a solid state erasable programmable read-only memory microchip ("EPROM" for short) containing recordings of bird distress calls and predator sounds.  Each Bird Gard product unit comes with at least one EPROM containing eight sounds matched to the birds selected by the customer.  Bird Gard offers over 100 EPROMS for its products, each containing different compilations of eight bird distress calls and predator sounds.  Customers select the EPROMs they wish to use based on the birds they wish to repel.

23.     Each of Bird Gard's EPROMs contains a compilation of sound recordings that is an original work of authorship fixed in a tangible medium of expression and is protected by copyright pursuant to 17 U.S.C. §§ 102 and 103.  The compilations in Bird Gard's EPROMs were created by Bird Gard employees within the scope of their employment.  Pursuant to 17 U.S.C. § 201(a) and (b), therefore, initial ownership of the copyrights in the EPROM compilations vested initially in Bird Gard.  Bird Gard has not transferred ownership of its copyrights in the EPROM compilations, in whole or in part, to any other person.

24.     Bird Gard has applied to the United States Copyright Office to register its claim to copyright in the sound recording compilations at issue in this action.  The Copyright Office has issued registrations for five of these sound recording compilations, and registrations are expected to issue soon on the remaining applications.  The sound recording compilations for which Bird Gard has applied to register copyright include:

| Name of Work | Registration No. | Date |
|---|---|---|
| Bird Gard Sound Recording Bird-X #1 | SR 697-011 | 3/27/2012 |
| Bird Gard Sound Recording #35 | SR 697-010 | 3/27/2012 |
| Bird Gard Sound Recording #69 | SR 697-009 | 3/27/2012 |
| Bird Gard Sound Recording #71 | SR 697-012 | 3/27/2012 |
| Bird Gard Sound Recording #1 | SR 698-279 | 3/21/2012 |
| Bird Gard Sound Recording #2 | application pending | |
| Bird Gard Sound Recording #87 | application pending | |
| Bird Gard Sound Recording #84 | application pending | |
| Bird Gard Sound Recording #13 | application pending | |
| Bird Gard Sound Recording #23 | application pending | |

5

COMPLAINT
DWT 19783480v3 0096039-000001

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

| Name of Work | Registration No. | Date |
|---|---|---|
| Bird Gard Sound Recording #7 | application pending | |
| Bird Gard Sound Recording #20 | application pending | |
| Bird Gard Sound Recording #12 | application pending | |
| Bird Gard Sound Recording #34 | application pending | |
| Bird Gard Sound Recording #11 | application pending | |
| Bird Gard Sound Recording #42 | application pending | |
| Bird Gard Sound Recording #10 | application pending | |
| Bird Gard Sound Recording #70 | application pending | |
| Bird Gard Sound Recording PA #19 | application pending | |
| Bird Gard Sound Recording PA #12 | application pending | |
| Bird Gard Sound Recording PA #23 | application pending | |
| Bird Gard Sound Recording PA #11 | application pending | |
| Bird Gard Sound Recording PA #13 | application pending | |
| Bird Gard Sound Recording PA #15 | application pending | |
| Bird Gard Sound Recording Bird-X BillBoard Pro | application pending | |

**DEFENDANTS' INFRINGING CONDUCT**

25.     Defendants have copied Bird Gard's products in virtually every respect, including the Bird Gard Trade Dress and the sound recording compilations contained on many of Bird Gard's EPROMs.  Defendants have even copied the circuit boards contained inside Bird Gard's products, and the brochures explaining how to use the products.

26.     Specifically, Defendants are selling and offering to sell at least the following products that are virtual exact copies of the Bird Gard products.  Side by side comparisons of these products are attached as Exhibits E through H.

| Bird Gard Product(s) | Defendants' Product | Exhibit |
|---|---|---|
| Bird Gard PRO, BirdXPeller PRO | Bird Peller PRO | D |
| Bird Gard Super PRO, Bird-X Super BirdXPeller PRO | Super Bird Peller PRO | E |
| Bird-X BroadBand PRO | BroadBand PRO | F |
| Bird-X UltrasonX | Ultrasonic Bird Repeller | G |

27.     Defendants' sale and offering for sale of their near-exact copies of Bird Gard's products is likely to cause confusion among customers of Bird Gard's products and to cause them to purchase Defendants' products with the mistaken belief that the product was manufactured, endorsed, or otherwise connected with Bird Gard.

COMPLAINT
DWT 19783480v3 0096039-000001

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

28.     Defendants are selling some of their products under trademarks that are confusingly similar to Bird-X's BIRD-X-PELLER and BROADBAND PRO marks, namely BIRD PELLER PRO, SUPER BIRD PELLER PRO, and BROADBAND PRO.

29.     Defendants' sale and offering for sale of goods under the trademarks BIRD PELLER PRO, SUPER BIRD PELLER PRO, and BROADBAND PRO is likely to cause confusion among customers of the products Bird-X sells under its BIRD-X-PELLER and BROADBAND PRO marks and to cause such customers to purchase Defendants' products with the mistaken belief that the product was manufactured, endorsed, or otherwise connected with Bird-X.

30.     Defendants have copied the sound recording compilations on various Bird Gard EPROMs, including at least the ones identified in paragraph 24 above, and are selling and offering to sell them in connection with their infringing products.

## FIRST CLAIM FOR RELIEF

## FALSE DESIGNATION OF ORIGIN

## (15 U.S.C. § 1125(a))

31.     Plaintiffs repeat and reallege the allegations of paragraphs 1 through 30 as if fully set forth herein.

32.     Defendants' copying of Bird Gard's trade dress and their use of the BIRD PELLER PRO, SUPER BIRD PELLER PRO, and BROADBAND PRO marks constitute a false designation of origin and false or misleading representations of fact in violation of 15 U.S.C. § 1125(a).

## SECOND CLAIM FOR RELIEF

## TRADEMARK INFRINGEMENT

## (15 U.S.C. § 1114)

33.     Bird-X repeats and realleges the allegations of paragraphs 1 through 32 as if fully set forth herein.

34.     Defendants' use of the BIRD PELLER PRO, SUPER BIRD PELLER PRO, and BROADBAND PRO marks constitutes trademark infringement in violation of the Lanham Act, 15 U.S.C. § 1114.

COMPLAINT
DWT 19783480v3 0096039-000001

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**SECOND CLAIM FOR RELIEF**

**TRADE DRESS AND TRADEMARK INFRINGEMENT**

**(CALIFORNIA COMMON LAW)**

35.     Plaintiffs repeat and reallege the allegations of paragraphs 1 through 34 as if fully set forth herein.

36.     Defendants' copying of Bird Gard's trade dress and their use of the BIRD PELLER PRO, SUPER BIRD PELLER PRO, and BROADBAND PRO marks constitute a violation of Bird Gard's trade dress rights and unfair competition under the common law of the State of California.

**THIRD CLAIM FOR RELIEF**

**VIOLATION OF CAL. BUS. & PROF. CODE § 17200 *ET SEQ.***

37.     Plaintiffs repeat and reallege the allegations of paragraphs 1 through 36 as if fully set forth herein.

38.     California Business & Professions Code section 17200 *et seq.* prohibits any unlawful, unfair or fraudulent business act practice.

39.     Defendants' copying of Bird Gard's trade dress and their use of the BIRD PELLER PRO, SUPER BIRD PELLER PRO, and BROADBAND PRO marks constitute unfair methods of competition, unlawful, unfair or fraudulent business acts or practices, in violation of California Business and Professions Code section 17200 *et seq.*

40.     Defendants have willfully engaged in said acts or practices for their own commercial advantage knowing full well that those acts and practices were unlawful, unfair, or fraudulent.

41.     The unlawful, unfair, and fraudulent business acts and practices of Defendants are continuing and will continue, to mislead the public.

**FOURTH CLAIM FOR RELIEF**

**COPYRIGHT INRINGEMENT**

**(17 U.S.C. § 501)**

42.     Bird Gard repeats and realleges the allegations of paragraphs 1 through 41 as if fully set forth herein.

8

COMPLAINT
DWT 19783480v3 0096039-000001

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

43.     Pursuant to 17 U.S.C. § 106, Bird Gard has the exclusive right to reproduce copies of its sound recording compilations in copies, and to distribute copies of those compilations to the public by sale or other transfer of ownership.

44.     The EPROMs in Defendants' products are copies of the Bird Gard sound recording compilations.  By making copies of those sound recording compilations, and selling those copies, Defendants have committed copyright infringement in violation of 17 U.S.C. § 501(a).

## JURY TRIAL DEMAND

Plaintiffs hereby demand a trial by jury of all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for relief as follows:

(1)     That Defendants, their agents, servants, employees and all persons acting under their permission and authority, be enjoined and restrained from

    a.  Copying, performing, or distributing Bird Gard's sound recording compilations;

    b.  using the BIRD-X-PELLER and BROADBAND PRO trademarks or any other trademarks confusingly similar thereto (including but not limited to BIRD PELLER PRO and SUPER BIRD PELLER PRO) in any manner, including through selling or offering to sell products under such trademarks; and

    c.  using the Bird Gard Trade Dress or any other trade dress confusingly similar thereto in any manner, including through selling or offering to sell products containing such trade dress;

(2)     That the Court order Defendants to deliver to Bird Gard for destruction

    a.  all copies of sound recordings found to have been made or used in violation of Bird Gard's exclusive rights, and all plates, molds, matrices, masters, tapes, film negatives, or other articles by means of which such copies may be reproduced, pursuant to 17 U.S.C. § 504; and

    b.  all goods, signs, advertisements, literature, business forms, cards, labels, packages, wrappers, pamphlets, brochures, receptacles, and any other written or printed material in their possession or under their control which contain,

9

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1  encompass or depict the Bird Gard Trade Dress, or any colorable imitations

2  thereof or any trade dress confusingly similar thereto;

3        (3)    That the Court order Defendants to deliver to Bird-X for destruction all goods,

4  signs, advertisements, literature, business forms, cards, labels, packages, wrappers, pamphlets,

5  brochures, receptacles, and any other written or printed material in their possession or under their

6  control which contain the BIRD-X-PELLER and BROADBAND PRO trademarks or any other

7  trademarks confusingly similar thereto (including but not limited to BIRD PELLER PRO and

8  SUPER BIRD PELLER PRO);

9        (4)    That the Court order Defendants to provide confirmation to Plaintiffs and the Court

10  concerning its compliance with the injunction and order of destruction;

11        (5)    That judgment be entered against Defendants for damages sustained by Bird Gard

12  and profits generated by Defendants as a result of the acts complained of herein pursuant to federal

13  and state law, to be trebled in accordance with 15 U.S.C. § 1117;

14        (6)    That the Court allow the recovery of full costs and attorneys' fees incurred by Bird

15  Gard;

16        (7)    That Bird Gard have such other and further relief as is just and equitable.

17  DATED: August 8, 2012                 DAVIS WRIGHT TREMAINE LLP
                                          STUART R. DUNWOODY

18                                            SEAN M. SULLIVAN

19

20                                            By: s/Sean M. Sullivan

21                                                Sean M. Sullivan

22                                            865 S. Figueroa Street, Suite 2400

23                                            Los Angeles, CA 90017-2566
                                          Tel:  (213) 633-4800

24                                            Fax:  (213) 633-6899
                                          Email:  stuartdunwoody@dwt.com

25                                            Email:  seansullivan@dwt.com

26

27                                            Attorneys for Plaintiffs
                                          BIRD GARD LLC and BIRD-X, INC.

28

10

COMPLAINT
DWT 19783480v3 0096039-000001