1 | SEAN M. SULLIVAN (State Bar No. 229104)
seansullivan@dwt.com
2 | DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
3 | Los Angeles, California 90017-2566
Telephone: (213) 633-6800
4 | Fax: (213) 633-6899

5 | Attorneys for Plaintiffs
BIRD GARD LLC and BIRD-X, INC.

FILED
MAR 0 1 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BAKERSFIELD DIVISION

| | |
|---|---|
| BIRD GARD LLC, an Oregon limited liability company; and BIRD-X, INC., an Illinois corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>SC ELITE, LTD., a Chinese corporation; and NINGBO ELITE ELECTRONICS TECHNOLOGY CO., LTD., a Chinese corporation,<br><br>    Defendants. | Case No. 1:12-cv-01286-AWI-MJS<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF NINGBO ELITE ELECTRONICS TECHNOLOGY CO., LTD. WITHOUT PREJUDICE** |

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF
NINGBO ELECTRONICS TECHNOLOGY WITHOUT PREJUDICE
DWT 21265268v1 0096039-000001

1  NOTICE IS HEREBY GIVEN, pursuant to Fed. R. Civ. Proc. 41(a), that Plaintiffs Bird
2  Gard LLC and Bird-X, Inc., through their counsel of record, hereby dismiss without prejudice
3  Defendant NINGBO ELITE ELECTRONIC TECHNOLOGY CO., LTD., a Chinese corporation,
4  from this action.

6  DATED: February 28, 2013                DAVIS WRIGHT TREMAINE LLP
                                            SEAN M. SULLIVAN


9                                           By:  /s/ Sean M. Sullivan
                                                 Sean M. Sullivan
10                                               Attorneys for Plaintiffs
                                                 BIRD GARD LLC and BIRD-X, INC.


It is so Ordered. Dated: 3-1-13

_____
United States District Judge

---

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF
NINGBO ELECTRONICS TECHNOLOGY WITHOUT PREJUDICE
DWT 21265268v1 0096039-000001

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST. SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899