1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8  BIRD GARD LLC, et al.,                          CASE NO. 1:12-cv-1286-AWI-MJS

9                          Plaintiffs,             ORDER ADOPTING FINDINGS AND
                                                   RECOMMENDATIONS, GRANTING
10  v.                                             PLAINTIFF'S MOTION FOR DEFAULT
                                                   JUDGMENT AGAINST DEFENDANT
11  SC ELITE, LTD., et al.,
                                                   (ECF. No. 21)
12                         Defendants.

13

14
_____/
15

16        On March 5, 2013, Plaintiffs Bird Gard, LLC, an Oregon limited liability company, ("Bird

17  Gard"), and Bird-X, Inc., an Illinois corporation, ("Bird-X") (jointly "Plaintiffs") filed the instant

18  Motion for Default Judgment against Defendant SC Elite, Ltd., a Chinese corporation ("SC" or

19  "Defendant").  The motion was referred to a United States Magistrate Judge pursuant to 28 U.S.C.

20  § 636(b)(1)(B) and Local Rule 302.  No opposition to the Motion was filed.

21        On June 10, 2013, the Magistrate Judge issued Findings and Recommendations that (1)

22  Plaintiff's Motion for Default Judgment be GRANTED and (2) Defendant be permanently enjoined

23  and restrained from the use of Bird Gard recordings, its trade dress, and BIRD-X-PELLER and

24  BROADBAND PRO trademarks, including confusingly similar marks.

25        These Findings and Recommendations were served on all parties appearing in this action and

26  included notice that any objections to the Findings and Recommendations were to be filed within

27  thirty (30) days of the date of service of the order. More than thirty days have passed and no party

28  has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.    The Findings and Recommendations issued June 10, 2013, are ADOPTED IN FULL;

2.    Plaintiff's application for default judgment is GRANTED;

3.    Judgment shall be ENTERED in this action in favor of Plaintiff and against Defendant SC Elite, Ltd.; and

4.    Defendant SC Elite, Ltd., and its officers, agents, and employees and those persons in active concert or participation with them who receive actual notice of this order by personal service or otherwise, are PERMANENTLY ENJOINED and RESTRAINED from:

   a)    copying, performing, or distributing Bird Gard's sound recording compilations;

   b)    using the BIRD-X-PELLAR and BROADBAND PRO trademarks or any other trademarks confusingly similar thereto (including but not limited to BIRD PELLER PRO and SUPER BIRD PELLER PRO) in any manner, including through selling or offering to sell products under such trademarks; and

   c)    using the Bird GARD Trade Dress or any other trade dress confusingly similar thereto in any manner, including through selling or offering to sell products containing such trade dress.

IT IS SO ORDERED.

Dated:   September 6, 2013                                    _____

                                                                              SENIOR DISTRICT JUDGE